**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KEITH HITCHENS AND LYDIA HITCHENS | CIVIL ACTION<br>NO. 07-6647 |
| VERSUS | |
| 1ST PALM FINANCIAL, ET AL. | SECTION M |

**ORDER**

Before the Court is Defendants, Fidelity and Deposit Company of Maryland and ZC Sterling Insurance Agency, Inc.'s Motion for Summary Judgment which came for hearing on September 3, 2008, on the briefs. The motion is unopposed and appears meritorious.

Accordingly, the motion is granted, and the case is dismissed, each party to bear its own costs.

New Orleans, Louisiana, this 9th day of September, 2008.

                                                Peter Beer
                                      United States District Judge